UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| William & Mary White | ) | CASE NO. 11-20288 |
| | ) | CHAPTER 11 |
| Debtor. | ) | Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:    See attached Service List

Please take notice that on April 4, 2012 at 9:30 a.m., we shall appear before the Honorable Judge A. Benjamin Goldgar or any judge sitting in their stead, in Courtroom No. 613 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois, and present the attached Final Fee Application of Counsel for Debtor for Allowance of Compensation and Reimbursement of Fees, a copy of which is hereby served upon you.

/s/ Michael J. Davis
One of the Attorneys

Michael J. Davis
Joshua D. Greene
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on March 14, 2012.

/s/ Michael J. Davis

**Service List**
**William and Mary White**
**Case 11-20288**

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St , Room 873
Chicago, IL  60604
*(Via Electronic Service)*
USTPRegion11.ES.ECF@usdoj.gov

Maria Georgopoulos
Codilis and Associates
15W030 N Frontage Rd
Burr Ridge, IL 60527
nd-four@il.cslegal.com
Christopher H Purcell
Sherman & Sherman
120 S LaSalle St
Suite 1460
Chicago, IL 60603
shermlaw13@aol.com

William and Mary White
1419 Druid Hills Rd.
Naperville, Ill. 60563

D. Patrick Mullarkey
Tax Division
PO Box 55, Ben Franklin Station
Washington, DE  20044
United States Attorney
219 S. Dearborn St.
Chicago, Ill. 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
100 W. Randolph, St. 7-499
Chicago, IL 60601

American Express
Zwicker & Assoc,
80 mInuteman rd.
Andover, MA 01810-1031

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express
P.O. Box 36000
Ft. Lauderdale, FL 33336-0002

Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Bill Me Later
P.O. Box 105658
Atlanta, GA 30348-5658

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Citibank
Payment Processing Center
P.O. Box 183037
Columbus, OH 43218-3037

Direct Merchants Bank Payment Cente
PO Box 17313
Baltimore, MD 21297-1313

Exxon Mobil
PO box 981064
El Paso, TX 79998

First Citizens
P.O. Box 63400
Charlotte, NC 28263-3400

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

IPM Corporation
Cobblestone Park Assessments
P.O. Box 1279
Commerce, GA 30529

Donegal
c/o Patrick Kelley
701 Harger rd.
Oak brook, Ill. 60523

NCO Financial Systems
P O Box 41417
Philadelphia, PA 19101-1457

Remax of Naperville
1200 Iroquois
Naperville, IL 60563

Richland County Treasury
P.O. Box 8028
Columbia, SC 29202

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Wells Fargo Mortgage
P.O. Box 5296
Carol Stream, IL 60197-5296

American Express Centurion Bank
c/o Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

American Honda Finance
P.O. Box 168088
Irving, TX 75016-8088

Citimortgage, Inc.
c/o Codilis & Associates PC
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

3

Capital One Bank (USA), N.A.
By American Infosource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Department Stores National Bank/Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040-8053

Discover Bank
DB Servicing Corporation
P.O. Box 6025
New Albany, OH 43054-3025

FIA Card Services, NA as successor in intare
Bank of America NA and MBNA America Bank
P.O. Box 15102
Wilmington, DE 19886-5102

Ford Motor Credit Company
P.O. Box 6275
Dearborn, MI 48121-6275

First Citizens
P.O. Box 29
Columbia, SC 29202-0029

GE Money Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

HSBC Bank Nevada, N.A.
B PRA Receivables Management, LLC
P.O. Bo 12907
Norfolk, VA 23541-0907

IPM Corporation
Cobblestone Park Assessments
P.O. Box 1279
Commerce, GA 30529-0024

Wells Fargo Bank, N.A.
1 Home Campus
MAC#X2302-04C
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
c/o Pierce & Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, IL 60602-4321

4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| William & Mary White | ) | CASE NO. 11-20288 |
| | ) | CHAPTER 11 |
| Debtor. | ) | Judge A. Benjamin Goldgar |

**FINAL FEE APPLICATION OF COUNSEL FOR DEBTOR**
**FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

Michael J. Davis and the firm of SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC, (the "Applicant"), counsel for the Debtor, pursuant to Section 330 and 331 of the Bankruptcy code, 11 U. S. C. 101 et seq.(the "Code"), hereby applies to the Court for an order allowing compensation for professional services rendered and reimbursement of expenses incurred during the period of December 27, 2011 to March 14, 2012. In support hereof, the Applicant states as follows:

**INTRODUCTION**

1. The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code") on May 12, 2011 under 11 U.S.C. §101 *et. seq.*

2. The Debtor was authorized to employ Michael J. Davis and the firm of SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC, as its bankruptcy counsel on June 6, 2011 with said employment authorized retroactive to and including May 12, 2011 with any compensation to be approved by the Court upon application of the applicant.

3. The Applicant seeks herein allowance of compensation and reimbursement of expenses of the period of December 27, 2011 to March 14, 2012 (the "Period") and is the first application by counsel for the Debtor. Applicant devoted 68.6 **hours** of legal services during the period at his normal hourly rate of **$350.00/hour** for the time of Michael J. Davis and $285.00 per hour for the time of Joshua Greene. The Applicant requests compensation in the amount of **$23,724** for the period incurred in connection therewith.

5

4. All services for which compensation is requested by your applicant were performed for or on behalf of said debtor in possession, and not on behalf of any committee, creditor or other person.

**SUMMARY OF SERVICES RENDERED**

5. The Applicant represented and advised the Debtor on various matters related to the bankruptcy during the period. Applicant has identified and set forth seven (7) categories of legal services. Each category contains a narrative of the matter involved, a general description of the tasks performed, detailed time records in chronological order with Applicant's time described therein, and the results achieved or the benefit to the estate. See In Re Wildman, 72 B.R. 700 (N.D.Ill, 1987); In Re Pettibone, 74 B.R. 293 (N.D. Ill., 1987); In Re Continental Illinois Securities Litigation, 962 F.2d 566 (7th Cir., 1992)  The following is a summary of the services rendered in eight (8) categories of work as reflected on Exhibit A attached hereto..

**(a) Plan and Disclosure Statement. 47.7 hours. Amount $16552.00.**

The Applicant consulted with the both the Debtor on structuring a Plan or Reorganization and discussed with the all parties the necessary elements of a Plan and Disclosure Statement. The Applicant assisted the parties in preparing projections, and reviewed the different classes and payments to those classes. The Applicant filed the Plan, served it on the applicable creditors, prepared the ballot report, and confirmed the Plan.

**(b) Claims Analysis.  Time expended 6.6 hours. Amount $2167.00.**

The Applicant completed the review of the claims filed in the case, discussed the claims with the Debtor, filed objections to claims where applicable, attended the hearings regarding the claims and entered orders resolving the claims.

**(c) Preparing Monthly Operating Reports.  Time expended 9.3 hours.  Amount requested $3255.00.**
The Applicant reviewed the Debtor checking account each month, prepared the applicable monthly operating report for each month, and filed the same.

**(d) Preparation of Fee Application Petition for Applicant.  Time expended 5 hours. Amount requested $1750.00.**

Applicant devoted 5 hours to the preparation of this application which complies with the guidelines established by this court in In Re Wildman, 72 B.R. 700 (N.D.Ill, 1987) and In Re Pettibone, 74 B.R. 293 (N.D. Ill., 1987). Applicant requests compensation for the preparation of this petition in accordance with In Re Nucorp Engery, Inc. 764 F.2d 655 (9th Cir.) which this

district has adopted and which limits compensation for the preparation of a fee petition to 5 per cent of the total to be requested which this application complies with.

**LEGAL STANDARD**

6. Section 330 of the Code governs the allowability of fees and expenses for professionals employed in a bankruptcy case. Generally, professionals are entitled to (1) "reasonable compensation for actual, necessary services rendered…" and (2) "reimbursement for actual, necessary expenses." 11 U.S.C. Section 330.

7. All of the services rendered by Applicant were performed by Michael J. Davis, whose billing rate throughout this period for such services was $350.00 per hour for the time of Michael J. Davis and $285.00 per hour for the time of Joshua Greene. Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges. Time is recorded on a tenth-of-an-hour basis. Therefore, the charges for which compensation is sought represent actually spent, "hard-core" time devoted to this case.

8. The compensation rates charged by Counsel are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity.

9. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Debtor in Possession to perform his statutory duties. The expenses incurred by Applicant were necessary expenses that substantially contributed to the recovery of the funds now comprising the estate.

10. Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is **$23724.00**.

11. At all times while employed as attorney for the Debtor, Counsel was a disinterested person, neither representing nor holding an interest adverse to the interest of this estate with respect to the matters on which Applicant was employed.

7

Wherefore, the Applicant prays that an allowance be made in the sum of **$23724.00** and granting such other and further relief as this court deems just and proper in this proceeding.

/s/ Michael J. Davis
One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000