**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|    William & Mary White | ) | **CASE NO. 11-20288** |
| | ) | **CHAPTER 11** |
|                       Debtor. | ) | **Judge A. Benjamin Goldgar** |

## NOTICE OF MOTION

TO:    See attached Service List

Please take notice that on the 25th day of April, 2012 at 9:30 a.m., Michael J. Davis of the firm of Springer Brown Covey Gaertner and Davis shall appear before the Honorable Judge Goldgar or any judge sitting in their stead, in Courtroom No. 613 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Chicago, Illinois, and present Debtor's Motion for Final Decree and to Shorten Notice.

                                                                                          /s/ Michael J. Davis
                                                                                          One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000

## CERTIFICATE OF SERVICE

      I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on April 18, 2012.

                                                                                          /s/ Michael J. Davis

**Service List**
**William and Mary White**
**Case 11-20288**

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St , Room 873
Chicago, IL  60604
*(Via Electronic Service)*
USTPRegion11.ES.ECF@usdoj.gov

Maria Georgopoulos
Codilis and Associates
15W030 N Frontage Rd
Burr Ridge, IL 60527
nd-four@il.cslegal.com
Christopher H Purcell
Sherman & Sherman
120 S LaSalle St
Suite 1460
Chicago, IL 60603
shermlaw13@aol.com
 William and Mary White
1419 Druid Hills Rd.
Naperville, Ill. 60563

D. Patrick Mullarkey
Tax Division
PO Box 55, Ben Franklin Station
Washington, DE  20044
United States Attorney
219 S. Dearborn St.
Chicago, Ill. 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
100 W. Randolph, St. 7-499
Chicago, IL 60601

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express
P.O. Box 36000
Ft. Lauderdale, FL 33336-0002

Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Bill Me Later
P.O. Box 105658
Atlanta, GA 30348-5658

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Citibank
Payment Processing Center
P.O. Box 183037
Columbus, OH 43218-3037

Direct Merchants Bank Payment Cente
PO Box 17313
Baltimore, MD 21297-1313

Exxon Mobil
PO box 981064
El Paso, TX 79998

First Citizens
P.O. Box 63400
Charlotte, NC 28263-3400

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

IPM Corporation
Cobblestone Park Assessments
P.O. Box 1279
Commerce, GA 30529

Donegal
c/o Patrick Kelley
701 Harger rd.
Oak brook, Ill. 60523

NCO Financial Systems
P O Box 41417
Philadelphia, PA 19101-1457

Richland County Treasury
P.O. Box 8028
Columbia, SC 29202

Wells Fargo Mortgage
P.O. Box 5296
Carol Stream, IL 60197-5296

American Express Centurion Bank
c/o Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Citimortgage, Inc.
c/o Codilis & Associates PC
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Capital One Bank (USA), N.A.
By American Infosource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Department Stores National Bank/Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040-8053

Discover Bank
DB Servicing Corporation
P.O. Box 6025
New Albany, OH 43054-3025

FIA Card Services, NA as successor in intare
Bank of America NA and MBNA America Bank
P.O. Box 15102
Wilmington, DE 19886-5102

Ford Motor Credit Company
P.O. Box 6275
Dearborn, MI 48121-6275

First Citizens
P.O. Box 29
Columbia, SC 29202-0029

GE Money Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

HSBC Bank Nevada, N.A.
B PRA Receivables Management, LLC
P.O. Bo 12907
Norfolk, VA 23541-0907

Wells Fargo Bank, N.A.
1 Home Campus
MAC#X2302-04C
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
c/o Pierce & Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, IL 60602-4321

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| William & Mary White ) | CASE NO. 11-20288 |
| ) | CHAPTER 11 |
| Debtor. ) | Judge A. Benjamin Goldgar |

### MOTION FOR FINAL DECREE AND TO SHORTEN NOTICE

The Debtor, debtor in possession, by and through their attorneys Michael Davis and the law firm of Springer, Brown, Covey, Gaertner and Davis does hereby moves that this Court close this case and in support thereof hereby states as follows:

1. This case was commenced on May 12, 2011 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2. The Debtor has continued to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. On March 14, 2011, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtor's Modified Plan of Reorganization which was confirmed by an Order of this Court entered March 16, 2011.

4. The Debtor has filed with this Court and with the United States Trustee the report in accordance with Rule 2015 indicating that the Debtor is currently executing their Plan, making plan payments according to the Plan of Reorganization approved by this Court.

5. Status date was set in this case for April 25, 2012. This Motion is set for that date and Debtor requests that notice be shortened to that given.

WHEREFORE, the Debtor requests that this Court enter an Order closing this case, shortening notice to that given and for such other relief as the Court sees fit to grant.

        Respectfully submitted,

        /s/ Michael J. Davis
        One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000