UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>    William and Mary White<br><br><br><br><br>    Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  11-20288<br><br>Chapter: 11<br>Honorable A. Benjamin Goldgar |

ORDER ENTERING FINAL DECREE AND SHORTENING NOTICE ~~AND CLOSING CASE~~

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

IT IS HEREBY ORDERED that pursuant to Local Rule 3022-1 cause exists for entering a final decree ~~closing this case~~ and, therefore, a final decree closing this case is hereby entered; and

Notice for this Motion shall be Shortened to that given.

~~IT IS FURTHER ORDERED that the Clerk close this case forthwith.~~

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 01 MAY 2012

**Prepared by counsel of Movant:**

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner
& Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000

Rev: 20101008_bko